BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900



Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF CELLULAR TELEPHONE ACCOUNTS | CASE NO. 2:11-SW-00012 EFB<br>2:11-SW-00194 EFB<br>2:11-SW-00228 EFB<br>2:11-SW-00316 GGH<br><br>**REQUEST TO UNSEAL AND [PROPOSED] ORDER** |
|---|---|

## REQUEST TO UNSEAL

The Court has sealed the applications for search warrant, affidavits in support, and search warrants in the above-captioned matters. The Grand Jury has returned an indictment in *United States v. White*, 2:13-cr-337 GEB, and six related cases as part of a Title III investigation. The cellular telephone accounts subject to the above-captioned searches were involved in the investigation. To date, the defendant has been apprehended, arraigned, and judicial process has begun. Therefore, the United States requests that the above-referenced matters be unsealed and that the United States be permitted to provide copies to the defendant through his counsel.

Respectfully submitted,

Dated: December 21, 2015

BENJAMIN B. WAGNER
United States Attorney

By: _____
TODD A. PICKLES
Assistant United States Attorney

## [PROPOSED] ORDER

The Court hereby orders that the applications for search warrant, including affidavits, and warrants as well as the sealing orders in the above-referenced matter shall be unsealed and made part of the public record.

Dated: Dec 21, 2015

Honorable Kendall J. Newman
United States Magistrate Judge